## MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

PEACEWORKS FOUNDATION v. SUNDBY                Case No. 07CV1053WQH(RBB)
                                               **Time Spent:**

HON. RUBEN B. BROOKS        CT. DEPUTY VICKY LEE                    Rptr.

                              Attorneys
         Plaintiffs                              Defendants

PROCEEDINGS:    ____ In Chambers    ____ In Court    ____ Telephonic

The early neutral evaluation conference on October 15, 2007, at 8:30 a.m. is vacated and reset for October 24, 2007, at 10:00 a.m.

DATE: October 3, 2007         IT IS SO ORDERED:   *Ruben Brooks*
                                                  Ruben B. Brooks,
                                                  U.S. Magistrate Judge
cc:  Judge Hayes                  INITIALS: VL (mg/irc) Deputy
     All Parties of Record

K:\COMMON\BROOKS\CASES\PEACEWORKS1053\Minutes01.wpd