1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

9

## SOUTHERN DISTRICT OF CALIFORNIA

10

11  PEACEWORKS FOUNDATION,

12              Plaintiff,

13        v.

14

15  DALE SUNDBY, EDITH LITTLEFIELD, and ONEVOICE FOUNDATION,

16              Defendants.

17

18

Case No.  07-CV-1053 WQH (RBB)

**ORDER RE: STIPULATION TO CONTINUE EARLY NEUTRAL EVALUATION**

19  ////

20  ////

21  ////

22  ////

23  ////

24  ////

25  ////

26  ////

27  ////

28  ////

[PROPOSED] ORDER CONTINUING EARLY
NEUTRAL EVALUATION

1

## **ORDER**

2       Based on the joint stipulation of the parties, and good cause appearing:

3       The early neutral evaluation scheduled for October 24, 2007 is continued to

4   November 7, 2007, at 10:00 a.m.

5

6       IT IS SO ORDERED.

7   DATED:  October 29, 2007

Ruben B. Brooks
United States Magistrate Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER CONTINUING EARLY
NEUTRAL EVALUATION