1
2
3
4
5
6
7
8
9
10
11
12
13
14

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEACEWORKS FOUNDATION,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>DALE SUNDBY, EDITH LITTLEFIELD, and ONEVOICE FOUNDATION,<br><br>　　　　　　Defendants. | Case No.  07-CV-1053 WQH (RBB)<br><br>**ORDER GRANTING JOINT MOTION TO MODIFY DISCOVERY SCHEDULE [DOC. NO. 22]** |

1     PURSUANT TO the Joint Motion to Modify the Case Management
2 Order, submitted and agreed to by all parties to the above-captioned matter, and for
3 the reasons discussed in said Joint Motion, the dates set forth in this Court's Case
4 Management Conference Order Regulating Discovery and Other Pretrial
5 Proceedings, dated November 7, 2007, are modified as follows: (1) the parties are
6 required to serve interrogatories and discovery requests on or before July 3, 2008;
7 (2) Plaintiff shall serve on Defendants a list of any experts it expects to call at trial
8 by July 3, 2008; (3) Defendants shall serve on Plaintiff a list of any experts they
9 expect to call at trial by July 11, 2008; (4) all other deadlines imposed by the Case
10 Management Order remain unchanged.
11     IT IS SO ORDERED.
12
13 DATED: June 9, 2008           /s/ Ruben Brooks
14                                       The Honorable Ruben B. Brooks
                                        United States District Court Magistrate Judge

**PROOF OF SERVICE BY ELECTRONIC MAIL**

I am over the age of eighteen years and not a party to the within action. I am a resident of or employed in the county where the service described below occurred. My business address is 610 Newport Center Drive, 17th Floor, Newport Beach, California 92660-6429. On **June 9, 2008**, I electronically [or caused to be] filed the foregoing document(s) on behalf of John Kappos with the Clerk of the Court using CM/ECF. Said document(s) are also being served on June 9, 2008 on all parties either by operation of the Court's electronic filing system or in some other manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing from CM/ECF.

**[PROPOSED] ORDER GRANTING
JOINT MOTION TO MODIFY DISCOVERY SCHEDULE**

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on June 9, 2008, at Newport Beach, California.

/ss/
Linda Evington