**MINUTES OF THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

PEACEWORKS FOUNDATION v. SUNDBY             Case No. 07cv1053 WQH(RBB)
                                            **Time Spent:** _____

HON. RUBEN B. BROOKS      CT. DEPUTY VICKY LEE                    Rptr.

                        Attorneys
        Plaintiffs                          Defendants

John Kappos                           Robert Hocker
Kristopher Dawes
Justin Bernstein

PROCEEDINGS:  ____ In Chambers     ____ In Court     ____ Telephonic

Pursuant to an Order of the Court, filed on August 20, 2008, staying all proceedings until January 12, 2009, the settlement conference on October 24, 2008, at 10:00 a.m. before Judge Brooks is vacated.

DATE: October 2, 2008        IT IS SO ORDERED:   *Ruben Brooks*
                                                 Ruben B. Brooks,
                                                 U.S. Magistrate Judge
cc:  Judge Hayes                       INITIALS: VL (mg/irc) Deputy
     All Parties of Record

K:\COMMON\BROOKS\CASES\PEACEWORKS1053\Minutes09.wpd